James Sung Pi, Calif. Bar No. 188880
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
60 East 42nd Street Suite 520
New York, NY 10165
Phone (212) 677-6801
Fax   (646) 273-2196
Email:  fedcourt@binderlawfirm.com

Attorneys for Plaintiff Anthony Robert White

FILED
CLERK, U.S. DISTRICT COURT
NOV 29 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROBERT WHITE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No.: 8:16-cv-00082-E<br><br>~~PROPOSED~~ ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND DOLLARS ($4,000.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  Any payment shall be delivered to Plaintiff's counsel.

Dated: 11/29/16

/s/ [signature]

Charles F. Eick
United States Magistrate Judge

2